**MERCELINDA B. CRUZ**
1391 Trestlewood Lane
San Jose, CA 95138
Phone: (408) 223-2808
Attorney for Debtor, *In Pro per*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>    MERCELINDA B. CRUZ<br><br>  Debtor | Case No. 10-54489 RLE 13<br>CHAPTER 13<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Debtor, MERCELINDA CRUZ, hereby request the Court to approve the substitution of CHRISTIAN COOPER, HOLLAND LAW FIRM, 1970 Broadway, Suite 1030, Oakland, CA 94612, as attorney of Record for the Debtor in place and stead of MERCELINDA CRUZ, Attorney in Pro Per.

DATED: June 8, 2010                         /s/ MERCELINDA B CRUZ
                                                               Mercelinda B. Cruz, Attorney in Pro Per

I have given proper Notice pursuant to Local Rules 83-2.9 and further consent to the above substitution.

DATED: June 8, 2010                         /s/ MERCELINDA B. CRUZ
                                                               Mercelinda B. Cruz, Attorney in Pro per

I Am a duly admitted to practice in this District pursuant to Local Rule 83-2

DATED: June 8, 2010                         /s/ CHRISTIAN COOPER
                                                               SBN 251630