```
KIRKMAN J. HOFFMAN, ESQ.
Attorney at Law, C.S.B.N. 148663
2021 The Alameda, Suite 275
San Jose, California 95126
(408) 241-9620

Attorney for Moving Party,
HANNAZ, INC.
```

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MERCELINDA B. CRUZ,<br><br>      Debtor. | Case No.: 10-55489<br>R.S. No.: KJH-001<br>Chapter 13<br><br>Hearing Date: 6/16/10<br>Time: 10:00 a.m.<br>Room: 3099<br>Hon. Roger L. Efremsky |

## CERTIFICATE OF SERVICE FOR THE PROPOSED ORDER

I, the undersigned, have my office at 2021 The Alameda, #275, San Jose, CA, and served the following documents on each of the persons set forth below, by the service method indicated:

### ORDER FOR RELIEF FROM STAY

The addresses and methods of service were as follows:

```
Mercelinda B. Cruz                  Devin Derham-Burk
1391 Trestlewood Lane               Ch. 13 Trustee
San Jose, CA 95138                  P.O. Box 50013
                                    San Jose, CA 95150-0013

Office of the U.S. Trustee.         Holland Law Firm
280 S. 1st Street, #268             George Holland, Jr., Esq.
San Jose, CA 95113                  1970 Broadway, Suite 1030
                                    Oakland, CA 94612
```

In re CRUZ                                     1
Motion for RFS

Service was by first-class mail, and I caused the envelopes to be placed in the U.S. mail with postage fully pre-paid thereon, at San Jose, CA, on June _16___, 2010.  If a fax number is shown above, a copy was also faxed to such person on such date.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed by me in San Jose, CA, on the date set forth below.

Dated: 6/16/10                  _/*Brian Stanton*/_____
                                BRIAN STANTON

In re CRUZ                                    2
Motion for RFS