**Entered on Docket
June 24, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes
the order of the court. Signed June 24, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

KIRKMAN J. HOFFMAN, ESQ.
Attorney at Law, C.S.B.N. 148663
2021 The Alameda, Suite 275
San Jose, California 95126
(408) 241-9620

Attorney for Moving Party,
HANNAZ, INC.

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:

MERCELINDA B. CRUZ,

    Debtor.

Case No.: 10-55489
R.S. No.: KJH-001
Chapter 13

Hearing Date: 6/16/10
Time: 10:00 a.m.
Room: 3099
Hon. Roger L. Efremsky

### ORDER FOR RELIEF FROM STAY

The motion for an order terminating the automatic stay in this action, filed by Moving Party HANNAZ, INC, ("Moving Party"), was received and reviewed by the Honorable, ROGER L. EFREMSKY, in Room 3099 of the above-entitled court, on 6/16/10, at 10:00 a.m.; Kirkman J. Hoffman appearing for Moving Party, and no opposition having been filed on behalf of the Debtor.

The Court having considered the motion and the declaration and evidence submitted in support thereof, all papers on file

In re CRUZ
Motion for RFS

1

1 | herein, and good cause appearing,
2 |
3 |     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:
4 | 1. Moving Party is hereby granted immediate relief from the automatic stay in this case in order to take any and all actions necessary or appropriate to commence and/or proceed with and complete the eviction of the Debtor(s) from the subject premises located at 1391 TRESTLEWOOD LANE, SAN JOSE, SANTA CLARA COUNTY, CA (the "subject premises"), pursuant to state court unlawful detainer proceedings, or other legal means, including, but not limited to, obtaining and enforcing a judgment in Santa Clara County Superior Court unlawful detainer action, Case No. 110CV-170875, and conducting any and all actions reasonable or necessary to dispose of personal property remaining at the subject premises following such eviction pursuant to state law.
2. Federal Rule of Bankruptcy Procedure, Rule 4001(a)(3), is hereby waived.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Devin Derham-Burk |
| 3 | Ch. 13 Trustee<br>P.O. Box 50013 |
| 4 | San Jose, CA 95150-0013 |
| 5 | George Holland, Jr., Esq.<br>1970 Broadway, Suite 1030 |
| 6 | Oakland, CA 94612 |
| 7 | Kirkman J. Hoffman Esq. |
| 8 | 2021 The Alameda, #275<br>San Jose, CA 95113 |
| 9 | Mercelinda B. Cruz |
| 10 | 1391 Trestlewood Lane<br>San Jose, CA 95138 |
| 11 | |
| 12 | Office of the U.S. Trustee.<br>280 S. 1st Street, #268 |
| 13 | San Jose, CA 95113 |

3

In re CRUZ
Motion for RFS

Case 10-55489    Doc# 20    Filed: 06/24/10    Entered: 06/24/10 13:45:02    Page 3 of 3